**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:14-BK-54597 |
| | § | |
| PAUL JEFFREY DAGUE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Susan L. Rhiel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $8,000.00 | Assets Exempt: | $1,407.00 |
| Total Distributions to Claimants: | $361.47 | Claims Discharged Without Payment: | $1,053,840.32 |
| Total Expenses of Administration: | $1,354.31 | | |

3) Total gross receipts of $1,715.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,715.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,500.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,354.31 | $1,354.31 | $1,354.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $100,852.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,079,808.00 | $459,059.66 | $458,282.79 | $361.47 |
| **Total Disbursements** | $1,190,160.00 | $460,413.97 | $459,637.10 | $1,715.78 |

4). This case was originally filed under chapter 7 on 06/26/2014. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2015    By:   /s/ Susan L. Rhiel
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| PNC Bank - Checking | 1129-000 | $1,715.78 |
| **TOTAL GROSS RECEIPTS** | | **$1,715.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McHugh Inc. | 4110-000 | $9,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,500.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Susan L. Rhiel, Trustee | 2100-000 | NA | $428.95 | $428.95 | $428.95 |
| Susan L. Rhiel, Trustee, Trustee | 2200-000 | NA | $127.24 | $127.24 | $127.24 |
| Cadence Bank | 2600-000 | NA | $8.12 | $8.12 | $8.12 |
| Clerk, U.S. Bankruptcy Court Clerk | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Rhiel & Associates Co., LPA, Attorney for Trustee | 3110-000 | NA | $530.00 | $530.00 | $530.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,354.31** | **$1,354.31** | **$1,354.31** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Department of Taxation | 5800-000 | $3,400.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| | Ohio Department of Taxation | 5800-000 | $54,954.00 | $0.00 | $0.00 | $0.00 |
| | State of Ohio | 5800-000 | $42,498.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $100,852.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Farnsworth Holdings, Ltd. | 7100-000 | $340,000.00 | $270,000.00 | $270,000.00 | $212.97 |
| 2 | American Marketing and Publishing LLC | 7100-000 | $0.00 | $776.87 | $776.87 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; American Marketing and Publishing LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.61 |
| 3 | Automotive Finance Corporation aka AFC | 7100-000 | $115,050.00 | $92,441.33 | $92,441.33 | $72.91 |
| 4 | NextGear Capital, Inc. | 7100-000 | $129,691.00 | $95,064.59 | $95,064.59 | $74.98 |
| 5 | American Marketing and Publishing LLC | 7100-000 | $0.00 | $776.87 | $0.00 | $0.00 |
| | ABC/Amega | 7100-000 | $715.00 | $0.00 | $0.00 | $0.00 |
| | ADESA Cin/Dayton | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| | Advance Auto Parts | 7100-000 | $1,362.00 | $0.00 | $0.00 | $0.00 |
| | All Data | 7100-000 | $615.00 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $1,768.00 | $0.00 | $0.00 | $0.00 |
| | Auto Glass Fitters | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Auto Trader | 7100-000 | $1,798.00 | $0.00 | $0.00 | $0.00 |
| | Autozone | 7100-000 | $639.00 | $0.00 | $0.00 | $0.00 |
| | Big 'O' Refuse | 7100-000 | $975.00 | $0.00 | $0.00 | $0.00 |
| | Buckeye Wheels | 7100-000 | $370.00 | $0.00 | $0.00 | $0.00 |
| | Capital City Auto Auction | 7100-000 | $1,691.00 | $0.00 | $0.00 | $0.00 |
| | Carfax | 7100-000 | $4,227.00 | $0.00 | $0.00 | $0.00 |
| | Columbus Fair Auto Auction | 7100-000 | $1,640.00 | $0.00 | $0.00 | $0.00 |
| | Corelogic Credco, LLC | 7100-000 | $642.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Dealertrack | 7100-000 | $1,757.00 | $0.00 | $0.00 | $0.00 |
| Delille | 7100-000 | $59.00 | $0.00 | $0.00 | $0.00 |
| Dent Wizard | 7100-000 | $910.00 | $0.00 | $0.00 | $0.00 |
| Dr. Clearcoat | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| Environmental Specialists | 7100-000 | $73.00 | $0.00 | $0.00 | $0.00 |
| Experian Automotive | 7100-000 | $512.00 | $0.00 | $0.00 | $0.00 |
| Gamble Hartshorn LLC | 7100-000 | $3,214.00 | $0.00 | $0.00 | $0.00 |
| Genes Sign Company | 7100-000 | $1,361.00 | $0.00 | $0.00 | $0.00 |
| Glockner Oil Company | 7100-000 | $358.00 | $0.00 | $0.00 | $0.00 |
| Guardian Finance | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| Haines | 7100-000 | $353.00 | $0.00 | $0.00 | $0.00 |
| Home Pages | 7100-000 | $761.00 | $0.00 | $0.00 | $0.00 |
| Interstate Batteries | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| Kelly BMW | 7100-000 | $3,798.00 | $0.00 | $0.00 | $0.00 |
| Kelly S. Wilson | 7100-000 | $171,000.00 | $0.00 | $0.00 | $0.00 |
| Liberty Tire Recycling | 7100-000 | $305.00 | $0.00 | $0.00 | $0.00 |
| LKQ Columbus | 7100-000 | $210.00 | $0.00 | $0.00 | $0.00 |
| Manheim Auctions | 7100-000 | $2,576.00 | $0.00 | $0.00 | $0.00 |
| Manheim Fort Lauderdale | 7100-000 | $134.00 | $0.00 | $0.00 | $0.00 |
| Media Network of Central Ohio | 7100-000 | $4,195.00 | $0.00 | $0.00 | $0.00 |
| Michael Selby & Assoc. | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| MIMA LLC | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| Minuteman Press | 7100-000 | $119.00 | $0.00 | $0.00 | $0.00 |
| Nestle Pure Life | 7100-000 | $47.00 | $0.00 | $0.00 | $0.00 |
| Ohio Bureau of Workers | 7100-000 | $1,662.00 | $0.00 | $0.00 | $0.00 |
| Park National Bank | 7100-000 | $6,114.00 | $0.00 | $0.00 | $0.00 |
| Payne & Browne Insurance | 7100-000 | $6,821.00 | $0.00 | $0.00 | $0.00 |
| Precision Dent | 7100-000 | $3,800.00 | $0.00 | $0.00 | $0.00 |
| Ronald B. Alford | 7100-000 | $116,730.00 | $0.00 | $0.00 | $0.00 |
| Time Warner Cable | 7100-000 | $811.00 | $0.00 | $0.00 | $0.00 |
| Transworld Systems | 7100-000 | $365.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Wilks Broadcasting | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Wolters Kluwer | 7100-000 | $1,488.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,079,808.00 | $459,059.66 | $458,282.79 | $361.47 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 14-54597-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | DAGUE, PAUL JEFFREY | Date Filed (f) or Converted (c): | 06/26/2014 (f) |
| For the Period Ending: | 5/27/2015 | §341(a) Meeting Date: | 08/05/2014 |
| | | Claims Bar Date: | 11/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 2  People Bank - Business Checking | $300.00 | $0.00 | | $0.00 | FA |
| 3  PNC Bank - Checking | $70.00 | $0.00 | | $1,715.78 | FA |
| 4  PNC Bank - Savings | $5.00 | $0.00 | | $0.00 | FA |
| 5  Home Loan - Checking | $5.00 | $0.00 | | $0.00 | FA |
| 6  Wages | Unknown | $0.00 | | $0.00 | FA |
| 7  Tax Refunds | $977.00 | $0.00 | | $0.00 | FA |
| 8  2006 Audi | $8,000.00 | $0.00 | | $0.00 | FA |
| 9  Preference Payments within 90 days of filing  (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$9,407.00     $0.00     $1,715.78     $0.00

**Major Activities affecting case closing:**
08/05/2014   Trustee will investigate potential preference regarding purchase of vehicle and another potential preference regarding payments made to company within 90 days of filing.

**Initial Projected Date Of Final Report (TFR):** 12/30/2014     **Current Projected Date Of Final Report (TFR):** 12/30/2014     /s/ SUSAN L. RHIEL
                                                                                                                                                                                                                                                              SUSAN L. RHIEL

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-54597-CC | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | DAGUE, PAUL JEFFREY | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1079 | | Checking Acct #: | ******3226 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Paul Jeffrey Dague |
| For Period Beginning: | 6/26/2014 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/27/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2014 | (3) | Paul Dague | Non-Exempt Equity in checking account funds | 1129-000 | $1,715.78 | | $1,715.78 |
| 10/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $2.68 | $1,713.10 |
| 11/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $2.77 | $1,710.33 |
| 12/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $2.67 | $1,707.66 |
| 02/06/2015 | 5001 | Clerk, U.S. Bankruptcy Court Clerk | Final Account Number: ; Amount Allowed: 260.00; Claim #: 6; Amount Claimed: 260.00; Dividend: 15.22; Notes: ; | 2700-000 | | $260.00 | $1,447.66 |
| 02/06/2015 | 5002 | Rhiel & Associates Co., LPA | Final Account Number: ; Amount Allowed: 530.00; Claim #: ; Amount Claimed: 530.00; Dividend: 31.03; Notes: ; | 3110-000 | | $530.00 | $917.66 |
| 02/06/2015 | 5003 | Susan L. Rhiel | Trustee Compensation | 2100-000 | | $428.95 | $488.71 |
| 02/06/2015 | 5004 | Susan L. Rhiel, Trustee | Trustee Expenses | 2200-000 | | $127.24 | $361.47 |
| 02/06/2015 | 5005 | Farnsworth Holdings, Ltd. | Final Account Number: ; Amount Allowed: 270,000.00; Claim #: 1; Amount Claimed: 270,000.00; Dividend: 12.47; Notes: (1-1) Basis for Claim is Debtor&#039;s breach of personal guaranty of lease payments.; | 7100-000 | | $212.97 | $148.50 |
| 02/06/2015 | 5006 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.61 | $147.89 |
| | | | Claim Amount $(0.61) | 7100-001 | | | $147.89 |
| 02/06/2015 | 5007 | Automotive Finance Corporation aka AFC | Final Account Number: ; Amount Allowed: 92,441.33; Claim #: 3; Amount Claimed: 92,441.33; Dividend: 4.26; Notes: (3-1) guaranty; | 7100-000 | | $72.91 | $74.98 |
| 02/06/2015 | 5008 | NextGear Capital, Inc. | Final Account Number: ; Amount Allowed: 95,064.59; Claim #: 4; Amount Claimed: 95,064.59; Dividend: 4.39; Notes: (4-1) Judgment; | 7100-000 | | $74.98 | $0.00 |

**SUBTOTALS**     $1,715.78     $1,715.78

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-54597-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | DAGUE, PAUL JEFFREY | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1079 | Checking Acct #: | ******3226 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Paul Jeffrey Dague |
| For Period Beginning: | 6/26/2014 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/27/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,715.78 | $1,715.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,715.78 | $1,715.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,715.78 | $1,715.78 | |

**For the period of 6/26/2014 to 5/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,715.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,715.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,715.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,715.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/12/2014 to 5/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,715.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,715.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,715.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,715.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-54597-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | DAGUE, PAUL JEFFREY | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1079 | Checking Acct #: | ******3226 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Paul Jeffrey Dague |
| For Period Beginning: | 6/26/2014 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/27/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,715.78 | $1,715.78 | $0.00 |

| For the period of 6/26/2014 to 5/27/2015 | | For the entire history of the case between 06/26/2014 to 5/27/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,715.78 | Total Compensable Receipts: | $1,715.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,715.78 | Total Comp/Non Comp Receipts: | $1,715.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,715.78 | Total Compensable Disbursements: | $1,715.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,715.78 | Total Comp/Non Comp Disbursements: | $1,715.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |